IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| YELENA OTERO, | ) |
| | ) Civil Action No.:   6:23-cv-01161 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendants. | ) |

## AMENDED COMPLAINT

Plaintiff, YELENA OTERO, by and through his/her undersigned attorneys, sues the Defendant, WAL-MART STORES EAST, LP, and states as follows:

1) This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2) At all times material to this action, Plaintiff, YELENA OTERO was a natural person residing in Deltona, Volusia County, Florida.

3) At all times material to this action, Defendant, WAL-MART STORES EAST, LP, is a foreign  Corporation licensed to do business and with a location in VOLUSIA County, Florida.

4) At all times material to this action, Defendant, WAL-MART STORES EAST, LP, was in possession and control of a retail establishment (Wal-Mart Store #3310) located at 101 Howland Blvd, Deltona, Volusia County, FL 32738.

5) On or about September 26, 2021, while Plaintiff, YELENA OTERO, was lawfully on Defendant's premises located at the above address as a business invitee,

Plaintiff, YELENA OTERO, was struck by boxes and stacked merchandise and, as a consequence, Plaintiff, YELENA OTERO sustained severe bodily injury.

6) Defendant, WAL-MART STORES EAST, LP, had a duty to its invitees, including Plaintiff, YELENA OTERO, to stack merchandise and stock items in a responsibly safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

7) At the above time and place, Defendant, WAL-MART STORES EAST, LP, breached its duties owed to Plaintiff, YELENA OTERO, by committing one or more of the following omissions or commissions:

    a. Negligently failing to maintain or adequately observe the safety of the stocked boxes and merchandise, thus creating an unreasonably dangerous condition to members of the public, including Plaintiff.

    b. Negligently failing to warn or adequately warn Plaintiff of the danger of the stacked boxes or merchandise, when the Defendant knew or through exercise of reasonable care should have known that said merchandise could pose an unreasonably dangerous and that Plaintiff was unaware of the same;

8) As a direct and proximate result of the negligence of Defendant, WAL-MART STORES EAST, LP, Plaintiff, YELENA OTERO suffered bodily injury in and about is body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing

care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions. These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, YELENA OTERO, sues Defendant, WAL-MART STORES EAST, LP, for damages and demands judgment in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs, and demands trial by jury by all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiff, YELENA OTERO, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this 3rd day of October, 2023.

/s/ FABIO DURAN
FABIO DURAN, Esquire
Florida Bar No.: 108546
Dan Newlin Injury Attorneys
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407)203-6580
Fax: (321)684-6871
Attorneys for Plaintiff
trustedpleadings@newlinlaw.com